FILED

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2017 MAR 20 A 10: 38

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No: 1:17mj 131 |
| v. ) | |
| ) | Hearing Date: March 20, 2017 |
| JACOB P. MULLINS, ) | |
| Defendant. | |

## CRIMINAL INFORMATION
(CLASS A MISDEMEANOR – 7087129)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 8, 2016, at Joint Base Myer-Henderson Hall, Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JACOB P. MULLINS, did knowingly possess marijuana, a controlled substance.

(In violation of Title 21, United States Code, Section 844(a))

Respectfully Submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: /s/
Amanda M. O'Neil
Special Assistant United States Attorney
Office of the United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3776
Fax: (202) 685-5454
amanda.m.oneil2.civ@mail.mil

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017, I hand carried a true and accurate copy of the Criminal Information herein filed to the defendant, Jacob Mullins.

_____
AMANDA M. O'NEIL
Special Assistant United States Attorney
Office of the United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3776
Fax: (202) 685-5454
amanda.m.oneil2.civ@mail.mil